UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

GREENFIELD SUPERMARKET, INC.,
HAMID FARIDA,

    Plaintiffs,

v.

UNITED STATES OF AMERICA,
UNITED STATES DEPARTMENT
OF AGRICULTURE,

    Defendants.
_____/

Case No. 13-14264

Hon. John Corbett O'Meara

## ORDER GRANTING PLAINTIFFS' EMERGENCY MOTION FOR STAY

    Before the court is Plaintiffs' emergency motion for stay, filed October 8, 2013. In light of the government shutdown, the parties agreed to a temporary stay until November 10, 2013. Defendants filed a response brief on October 31, 2013.

    The United States Department of Agriculture has decided to withdraw authorization for Greenfield Super Market to participate in the Supplemental Nutrition Assistance Program ("SNAP"). Plaintiffs seek judicial review of this decision and a stay while the case is pending. Based upon the recent reassignment of Plaintiffs' SNAP case to another USDA legal office, the government "lacks sufficient information to oppose Plaintiff's motion for an emergency stay." Defs.'

Br. at 2. Nor is Defendants' counsel authorized to stipulate to a stay.

Based upon Plaintiffs' thorough and well-supported motion, the court finds that a stay is appropriate. See 7 U.S.C. § 2023(a)(17); Jefferson Village Enter., Inc. v. United States, 2011 U.S. Dist. LEXIS 18225 (E.D. Mich. Feb. 24, 2011). Accordingly, IT IS HEREBY ORDERED that Plaintiffs' emergency motion to stay the withdrawal of authorization for Greenfield Super Market is GRANTED, pending the resolution of this action or further order of the court.

                                              s/John Corbett O'Meara
                                              United States District Judge

Date: November 5, 2013

I hereby certify that a copy of the foregoing document was served upon counsel of record on this date, November 5, 2013, using the ECF system.

                                              s/William Barkholz
                                              Case Manager